TYPE OF HEARING: ___R40/R5___
CASE NUMBER: ___1:24-MJ-95___
MAGISTRATE JUDGE: ___WEF___
DATE: ___3/12/2024___
TIME: __9 mins__
TAPE: FTR RECORDER
DEPUTY CLERK: ___Deisy Estevez_

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

VS.

Robert Paul Dunlap

GOVT. ATTY ___Spencer Perry___

DEFT'S ATTY __Valencia Roberts, Duty FPD__

DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES (X)
COURT TO APPOINT COUNSEL (X)     FPD (X)     CJA ( )

_Superseding Indictment has been filed per USA. Case no longer under seal per USA. Defendant requests Identity hearing and Detention hearing to be held here in the EDVA. USA seeks detention- GRANTED. Defendant remanded to USMS custody pending next hearing._

PROBABLE CAUSE FOUND (  ) / NOT FOUND (  )

BOND _____

_____

_____

NEXT COURT APPEARANCE _3/14/2024_____
TIME ___2:00 p.m. with Judge Fitzpatrick_____